UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RENE KELLER

VERSUS

RYAN MICHAEL PEAKE, ET AL

CIVIL ACTION

NO. 07-892-C

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated March 5, 2008. Defendants have filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the Motion to Remand (rec.doc.5) filed by plaintiff, Rene Keller, will be granted, and this matter will be remanded to the 19th Judicial District Court, Parish of East Baton Rouge, Louisiana, for further proceedings.

Baton Rouge, Louisiana, April 15, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA

CC:
19th JDC